IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 12-418-3 |
| KAREEM LONG | : | |

**ORDER**

AND NOW, this 12th day of August, 2014, it is ORDERED Defendant Kareem Long's Motion to Join Motions of Co-defendants and Motion for Reservation of Rights to File Additional Pre-trial Motions (Document 385) is GRANTED insofar as Long shall be deemed to have joined Defendant Marlon Graham's Nunc Pro Tunc Motion to Dismiss the Indictment Based upon Outrageous Government Conduct, which this Court denied by Order of August 11, 2014.  The motion is dismissed as moot insofar as Long seeks to join Defendant Kenneth Parnell's Motion to Continue Sentencing and to reserve his rights to file additional pretrial motions.

BY THE COURT:

    /s/ Juan R. Sánchez
Juan R. Sánchez, J.