IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 12-418-3 |
| KAREEM LONG | : | |

## ORDER

AND NOW, this 20th day of August, 2014, upon consideration of Defendant Kareem Long's Preliminary Motion for New Trial/Arrest of Judgment and Amended Motion to Dismiss Pursuant to Rule 29, and the Government's response thereto, it is ORDERED the motions (Documents 275 and 323) are DENIED.[1]

BY THE COURT:


    /s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] The Court intends to supplement this Order pursuant to Third Circuit Local Appellate Rule 3.1 in the event of an appeal.