IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 12-418-03 |
| KAREEM LONG | : | |

## **ORDER**

AND NOW, this 30th day of March, 2023, upon consideration of Defendant Kareem Long's Pro Se Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Document No. 840) and the Government's Response in Opposition, it is hereby ORDERED the Defendant's Pro Se Motion is DENIED for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,      C.J.